CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Xavier Lucas Molina**<br>DOB: 1989; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-10210MJ |

Complaint for violation of Title 18, United States Code, Sections 113(a)(3) and 1153; and 924(c)(1)(A)(ii).

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**COUNT 1**: On or about December 11, 2025, in the District of Arizona, within the confines of the Pascua Yaqui Tribe, Indian Country, Defendant **Xavier Lucas Molina**, an Indian, did knowingly and intentionally assault E. L.-A., with a firearm, a dangerous weapon, with intent to do bodily harm; in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

**COUNT 2**: On or about December 11, 2025, at or near Tucson, in the District of Arizona, defendant **Xavier Lucas Molina,** an Indian, did knowingly brandish, carry, and use a firearm, that is, a shotgun, during and in relation to a crime of violence, that is, Assault with a Dangerous Weapon as alleged in Count 1 of this Complaint, a felony crime prosecutable in a court of the United States; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 11, 2025, at approximately 3:38 pm, an emergency broadcast tone alerted Pascua Yaqui Police Department (PYPD) Officers of a serious report of an armed subject threatening to shoot the reporting party at the 7600 block of S. Camino De Oeste residence near Tucson, Arizona within the confines of the Pascua Yaqui Tribe, Indian Country.

The reporting party stated that the man was armed with a shotgun and was currently still at her residence. The male individual was identified as **Xavier Lucas MOLINA**, an enrolled tribal member with the Pascua Yaqui Tribe.

PYPD Officers responded to the residence wherein the reporting party, E. L.-A., told officers that she is **MOLINA's** mother. She stated that **MOLINA** arrived at her residence with a shotgun threatening to shoot her, shoot at officers, and then shoot himself. She provided a description of the shotgun in that it was all black

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *R. Arellano* | SIGNATURE OF COMPLAINANT (official title)<br>NATHAN WOOD  *Digitally signed by NATHAN WOOD*<br>*Date: 2025.12.12 15:07:35 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>FBI SA Nathan Wood |
| Sworn to telephonically. **x**<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 12, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA R. Arellano

CC: USM, AUSA, PTS

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

**Page 2**

with a strap and with several shotgun shells stacked on the side of the shotgun. She also informed officers that he racked the shotgun, however he did not point it at her but threatened to shoot her and others. She was in fear of her safety and the safety of others. She stated **MOLINA** left the residence and went next door to a neighbor's residence located in the 7500 block of S. Camino De Oeste.

PYPD Officers went to the next-door neighbor's residence and located **MOLINA** in the backyard whereupon he was taken into custody.

**MOLINA** was transported to the Pascua Yaqui detention center where he was held pending the investigation.

PYPD Officers received verbal consent from the neighbor homeowner to search the residence. During the search, a shotgun was located inside the residence hidden in a kitchen pantry. DNA testing will be sought. The shotgun found matched the description provided by the reporting party.

Agents with the Federal Bureau of Investigations (FBI) arrived to conduct their investigation.

During a post-*Miranda* interview of **MOLINA**, he admitted that he had been at his residence (it was later determined that he lives with his mother) and had had an argument with his mother. He stated he then left the residence and went to the neighbor's house where he was found and arrested. He denied any knowledge of a shotgun.